AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MICHAEL MARRERO, | ) | Case No. 19-CR-10459 RWZ MBB |
| A/K/A "KING CLUMSY" | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Michael Marrero, a/k/a "King Clumsy",

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity

Date:   12/04/2019

City and state:   Boston, Massachusetts

*Issuing officer's signature*

*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____ . |

Date: _____

WARRANT EXECUTED BY FBI
BY ARREST AND INITIAL COURT
APPEARANCE ON 12/5/19

*Arresting officer's signature*

*Printed name and title*